Janine S. Simerly (SBN 102361)
  *jss@millerlawgroup.com*
Bethany A. Vasquez (SBN 209423)
  *bav@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
XEROX CORPORATION

Elizabeth L. Riles, Esq. (SBN 197411)
Bohbot & Riles, LLP
1814 Franklin St., Suite 800
Oakland, CA 94612
Tel. (510) 273-3111
Fax (510) 273-8911

Attorneys for Plaintiffs
SAKEENAH McCULLOUGH and
DANIEL GUNTHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKEENAH MCCULLOUGH and DANIEL GUNTHER<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, a corporation, and DOES One through Thirty-five, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-04596 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' DEADLINE TO COMPLETE COURT SPONSORED MEDIATION**<br><br>Complaint filed: June 27, 2013<br>First Amended Complaint filed: July 26, 2013 |

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR COMPLETION DEADLINE**
**Case No. 3:13-cv-04596 JSW**

Plaintiffs SAKEENAH MCCULLOUGH and DANIEL GUNTHER ("Plaintiffs") and Defendant XEROX CORPORATION ("Defendant"), by and through their respective undersigned attorneys, hereby stipulate and agree to continue the deadline for the parties to complete court sponsored mediation in this matter from May 19, 2014, until August 19, 2014, as set forth below.

WHEREAS, on October 4, 2013 Defendant removed this matter to this Court from the San Francisco Superior Court based on Diversity Jurisdiction;

WHEREAS, on January 17, 2014, the parties appeared before the Court for an Initial Case Management Conference;

WHEREAS, on January 17, 2014, the Court filed its Civil Minute Order, setting February 19, 2014, as the last day for Defendant to file a Motion to Sever and May 19, 2014, as the deadline for the parties to complete court sponsored mediation;

WHEREAS, on February 19, 2014, Defendant filed its Motion to Sever Plaintiffs' Claims Into Separate Actions ("Motion to Sever");

WHEREAS, on March 5, 2014, Plaintiffs filed their Opposition to Defendant's Motion to Sever;

WHEREAS, on March 12, 2014, Defendant filed its Reply in support of its Motion to Sever;

WHEREAS, the hearing on Defendant's Motion to Sever is calendared to be heard on April 18, 2014 at 9:00 a.m.;

1  WHEREAS, on March 7, 2014, the Court appointed Fred D. Butler as Mediator
2  in this matter;

4  WHEREAS, the parties agree that mediation of this matter would not be
5  meaningful without a ruling on Defendant's Motion to Sever and discovery conducted
6  subsequent to that ruling;

8  WHEREAS, a trial date has not yet been set, and dispositive motions are
9  calendared to be heard on April 17, 2015;

11  WHEREAS, the parties have not previously sought to continue or extend any
12  of the deadlines in this action related to the Civil Minute Order;

14  WHEREAS, Mr. Butler has indicated that he is amenable to the parties'
15  request to extend the deadline to complete mediation;

17  NOW, THEREFORE,

19  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and
20  Defendant, by and through their respective undersigned attorneys of record, to continue the
21  date of the Court's Civil Minute Order for the parties to complete court sponsored mediation
22  in this matter from May 19, 2014, until August, 19, 2014, in order for the parties to conduct
23  meaningful discovery after the Court has ruled on Defendant's Motion to Sever.
24  ///
25  ///
26  ///
27  ///
28  ///

Good cause exists for this continuance of the existing date of the Court's Order for the parties to complete mediation in this matter, as set forth above.

**IT IS SO STIPULATED.**

Dated: March 21, 2014          BOHBOT & RILES, LLP


By: _____/s/ Elizabeth Riles_____
Elizabeth L. Riles
Attorneys for Plaintiffs
SAKEENAH McCULLOUGH and DANIEL GUNTHER


Dated: March 21, 2014          MILLER LAW GROUP
A Professional Corporation


By: _____/s/ Bethany A. Vasquez_____
Janine S. Simerly
Bethany A. Vasquez
Attorneys for Defendant
XEROX CORPORATION

**[PROPOSED] ORDER**

Having reviewed the Stipulation executed by Plaintiffs SAKEENAH MCCULLOUGH and DANIEL GUNTHER and Defendant XEROX CORPORATION, and good cause appearing, the Court hereby orders that the deadline for the parties to complete the mediation of this matter is hereby continued until August 19, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 24, 2014

_____
Hon. Jeffrey S. White
District Judge

4830-9938-6137, v. 1