Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Adam J. Tullman (SBN 235694)
  ajt@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
XEROX CORPORATION

Elizabeth L. Riles, Esq. (SBN 197411)
Bohbot & Riles, LLP
1814 Franklin St., Suite 800
Oakland, CA 94612
Tel. (510) 273-3111
Fax (510) 273-8911

Attorneys for Plaintiffs
SAKEENAH McCULLOUGH and
DANIEL GUNTHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKEENAH MCCULLOUGH and DANIEL GUNTHER,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, a corporation, and DOES One through Thirty-five, inclusive,<br><br>Defendants. | Case No.: 4:13-cv-04596 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' DEADLINE TO COMPLETE MEDIATION AND FACT DISCOVERY**<br><br>Complaint filed: June 27, 2013<br>First Amended Complaint filed: July 26, 2013 |

Plaintiffs SAKEENAH MCCULLOUGH and DANIEL GUNTHER ("Plaintiffs") and Defendant XEROX CORPORATION ("Defendant"), by and through their respective undersigned attorneys, hereby stipulate and agree to participate in private mediation in lieu of the previously ordered court sponsored mediation and also hereby agree to continue the deadline for the parties to complete mediation in this matter from August 19, 2014 to September 19, 2014, as set forth below. The parties also hereby stipulate and agree to extend the deadline for factual discovery from November 21, 2014 to December 19, 2014.

WHEREAS, on October 4, 2013 Defendant removed this matter to this Court from the San Francisco Superior Court based on Diversity Jurisdiction;

WHEREAS, on January 17, 2014, the parties appeared before the Court for an Initial Case Management Conference;

WHEREAS, on March 7, 2014, the Court appointed Fred D. Butler as Mediator in this matter;

WHEREAS, on March 24, 2014, the Court extended the deadline for the parties to complete the mediation of this matter until August 19, 2014;

WHEREAS the parties originally scheduled the depositions of Plaintiff Sakeenah McCullough and Daniel Gunther for late June, 2014;

WHEREAS due to an unexpected death in the family in the in-house legal department of Defendant Xerox the parties agreed to postpone the depositions;

/ / /

/ / /

/ / /

WHEREAS due to scheduling conflicts between counsel, the parties were unable to schedule the depositions until August 19 and 21 (Daniel Gunther) and August 22 and 29 (Sakeenah McCullough);

WHEREAS, the parties agree that mediation of this matter would not be meaningful without the depositions of the plaintiffs;

WHEREAS, the parties have conferred and have agreed, in place of a half day of court sponsored mediation with Fred Butler, to engage a private mediator, Susan Haldeman, for a full day of mediation on September 16, 2014, for which the parties have agreed to split the cost equally;

WHEREAS, a trial date has not yet been set, and dispositive motions are calendared to be heard on April 17, 2015;

WHEREAS, given the delay in the initial depositions, the parties need an additional month to complete factual discovery;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned attorneys of record, to continue the following dates of the Court's Civil Minute Order and subsequent order regarding mediation:

| Description | Current Date | Proposed Date |
| --- | --- | --- |
| Last Day to complete mediation (formerly through Court sponsored program, now through private mediation) | August 19, 2014 | September 19, 2014 |
| Close of Fact Discovery | November 21, 2014 | December 19, 2014 |

Good cause exists for this continuance of the existing date of the Court's Order for the parties to complete meaningful mediation in this matter, as set forth above.

**IT IS SO STIPULATED.**

Dated:  June 26, 2014						BOHBOT & RILES, LLP


								By: _____/s/ Elizabeth Riles_____
								Elizabeth L. Riles
								Attorneys for Plaintiffs
								SAKEENAH McCULLOUGH and DANIEL GUNTHER


Dated:  June 26, 2014						MILLER LAW GROUP
								A Professional Corporation


								By: _____/s/ Adam Tullman_____
								Michele Miller
								Adam Tullman
								Attorneys for Defendant
								XEROX CORPORATION

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' DEADLINE TO COMPLETE MEDIATION AND FACT DISCOVERY -- Case No. 4:13-cv-04596 JSW**

**[PROPOSED] ORDER**

Having reviewed the Stipulation executed by Plaintiffs SAKEENAH MCCULLOUGH and DANIEL GUNTHER and Defendant XEROX CORPORATION, and good cause appearing, the Court hereby orders that:

- The parties are ordered to complete private mediation, pursuant to their agreement, and in lieu of participating in court sponsored mediation with Fred Butler.
- The deadline for the parties to complete the mediation of this matter through private mediation is hereby continued until September 19, 2014.
- The close of fact discovery is continued until December 19, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 27, 2014

_____
Hon. Jeffrey S. White
District Judge

4814-1832-2971, v. 1