UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAKEENAH MCCULLOUGH, et al.,

    Plaintiffs,

  v.

XEROX CORPORATION,

    Defendant.

Case No. 13-cv-04596-HSG

**SCHEDULING ORDER**

Re: Dkt. No. 75

Having considered the parties' stipulation (Dkt. No. 75), the Court GRANTS the request to set a briefing schedule for Defendant's Motion to Sever and Plaintiff's Rule 60 motion. The Court plans to rule on these motions on the papers or at the hearing. The Court DENIES the parties' request to continue the pretrial and trial dates. The parties must be prepared to proceed to trial on the scheduled date if the cases have not settled before then, and all current trial and pretrial deadlines remain in effect. The briefing schedule for the motions will be:

| Description | Date |
| --- | --- |
| Last day for Defendant to file Motion to Sever; Last day for Plaintiff to file Rule 60 Motion | November 2, 2015 |
| Last day for Plaintiff to File Opposition to Defendant's Motion To Sever; Last Day for Defendant to File Opposition to Plaintiff's Rule 60 Motion; | November 16, 2015 |
| Last Day for the parties to file their respective Replies | November 23, 2015 |
| Hearing | December 10, 2015 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: October 8, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge