Janine S. Simerly (SBN 102361)
  jss@millerlawgroup.com
Kerry McInerney Freeman (SBN 184764)
  kmf@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
XEROX CORPORATION

Elizabeth L. Riles (SBN 197411)
Karine Bohbot (SBN 197298)
Mark E. Miyasaki (SBN 304930)
BOHBOT & RILES, PC
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 273-3111

Attorneys for Plaintiffs
SAKEENAH MCCULLOUGH and
DANIEL GUNTHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKEENAH MCCULLOUGH and DANIEL GUNTHER,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, a corporation, and DOES One through Thirty-five, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-04596 HSG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Complaint filed: June 27, 2013<br>First Amended Complaint filed: July 26, 2013 |

Elizabeth L. Riles, Esq. (197411)
Karine Bohbot, Esq. (197298)
Mark E. Miyasaki, Esq. (304930)
BOHBOT & RILES, PC
1814 Franklin Street, Suite 800
Oakland, CA 94612
(510) 273-3111

Attorney for Plaintiffs:
Sakeenah McCullough and Daniel Gunther

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKEENAH MCCULLOUGH AND DANIEL GUNTHER,<br><br>Plaintiffs,<br><br>-vs.-<br><br>XEROX CORPORATION, a corporation, and DOES One through Thirty-five, inclusive,<br><br>Defendants. | Case No.: 4:13-cv-04596 HSG<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: March 8, 2016

Bohbot & Riles, PC

Elizabeth L. Riles, Esq.
Attorneys for Plaintiffs Sakeenah
McCullough and Daniel Gunther

DATED: March 18, 2016

The Miller Law Group

Kerry McInerney Freeman, Esq.
Attorneys for Defendant Xerox Corporation

STIPULATION OF DISMISSAL

# ORDER

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____March 18_, 2016

Hon. Haywood S. Gilliam Jr.